# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEXANDER M. FALCONI, D/B/A OUR
NEVADA JUDGES,
Petitioner,
vs.
THE SIXTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
HUMBOLDT; AND THE HONORABLE
MICHAEL MONTERO, DISTRICT
JUDGE,
Respondents,
and
NORA ALANIZ; KRISTOPHER
DANIEL; AND THE STATE OF
NEVADA,
Real Parties in Interest.

No. 80033

**FILED**

NOV 19 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This emergency, original petition for a writ of mandamus under SCR 243 challenges a November 14, 2019, district court order denying petitioner's request for media access to an upcoming hearing in a child support matter.

Mandamus is properly requested to compel the district court to perform a legally required act or to correct a manifest abuse or arbitrary or capricious exercise of discretion. NRS 34.160; *State v. Eighth Judicial Dist. Court (Armstrong)*, 127 Nev. 927, 931, 267 P.3d 777, 779 (2011). Whether a petition seeking such extraordinary relief will be considered by this court, however, is purely discretionary. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851-52 (1991).

This writ petition raises significant legal court-access questions and issues of statutory interpretation. Petitioner filed it yesterday

19-47343

afternoon and sought relief by 1 p.m. today. No stay was requested, nor could one be, as petitioner is not a party to the action below. This court has insufficient time to meaningfully review and address the important issues raised by petitioner within the timeframe requested. Accordingly, we decline to exercise our discretion to intervene by way of extraordinary writ relief at this time, and we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Michael Montero, District Judge
       Alexander M. Falconi
       Kale M. Brock
       Humboldt County District Attorney
       Evenson Law Office
       Humboldt County Clerk